**Order entered January 10, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00776-CV

### IN THE INTEREST OF O.J.O. AND E.J.O., CHILDREN

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-16-23995

## ORDER

The reporter's record in this case is overdue.  By letter dated December 23, 2019, Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, informed the Court that the reporter's record had not yet been filed because she has not received Volume 3 of the record which was reported by Cheryl Dixon on June 26, 2017.

Accordingly, we **ORDER** Court Reporter Cheryl Dixon to deliver Volume 3 of the reporter's record to Ms. Saavedra by **5:00 p.m. on Tuesday, January 21, 2020** and to provide this Court with written verification that she has done so by **8:00 a.m. on Wednesday, January 22, 2020**.  We expressly caution Ms. Dixon that failure to comply with the Court's order will result in the Court taking whatever action it deems necessary to see that she complies with the Courts orders, which may include an order that she not sit as a court reporter until she complies.

/s/     BILL WHITEHILL
         JUSTICE